IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Williams, Kevin M

Printed: 4/15/08

Case Number: 07 B 21206
Judge: Wedoff, Eugene R
Filed: 11/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 810.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 766.26 |
| Trustee Fee: |  | 43.74 |
| Other Funds: |  | 0.00 |
| Totals: | 810.00 | 810.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert N Honig | Administrative | 3,500.00 | 766.26 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | National Capital Management | Secured | 7,500.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 29,729.92 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 111.38 | 0.00 |
| 6. | City of Country Club Hills | Unsecured | 315.00 | 0.00 |
| 7. | National Capital Management | Unsecured | 983.65 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 39.91 | 0.00 |
| 9. | Advocate South Suburban Hosp | Unsecured |  | No Claim Filed |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | Financial Asset Management Systems, Inc | Unsecured |  | No Claim Filed |
| 13. | Mandell Menkes & Surdyk | Unsecured |  | No Claim Filed |
| 14. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 15. | Creditors Alliance Inc | Unsecured |  | No Claim Filed |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
| 17. | TCF Bank | Unsecured |  | No Claim Filed |
| 18. | Village of Hazel Crest | Unsecured |  | No Claim Filed |

$ 42,179.86     $ 766.26

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 43.74 |
|  | $ 43.74 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams, Kevin M | Case Number:  07 B 21206 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/15/08 | Filed:  11/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

